IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| DR. RICHARD GERALD PAOLINO, <br> Petitioner | : <br> : <br> : | CIVIL ACTION |
| vs. | : <br> : <br> : | NO. 11-5436 |
| SUPERINTENDENT <br> STEVEN R. GLUNT, et al., <br> Respondents | : <br> : <br> : | |

FILED
FEB - 7 2013
MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

## ORDER

**AND NOW**, this 6th day of February, 2013, upon careful and independent consideration of the petition for writ of *habeas corpus*, the petitioner's outstanding motions, the related papers, and the pertinent documents concerning the adjudication of the petitioner's claims in state court, and after review of the thorough and well-reasoned Report and Recommendation of Magistrate Judge Timothy R. Rice, it is hereby ORDERED that:

1. The petitioner's objections are OVERRULED;

2. The Report and Recommendation is APPROVED and ADOPTED;

3. The petition for writ of *habeas corpus* is DENIED without an evidentiary hearing;

4. The petitioner's motion for discovery (Document #25) is DENIED;

5. The petitioner's motion for appointment of counsel (Document #26) is DENIED;

6. The petitioner's motion for appointment of experts (Document #27) is DENIED;

7. The petitioner's motion for an evidentiary hearing (Document #28) is DENIED;

8. A certificate of appealability SHALL NOT issue, in that the petitioner has not made a substantial showing of the denial of a constitutional right nor shown that reasonable jurists would find the correctness of the procedural aspects of Magistrate Judge Rice's Report & Recommendation debatable. See 28 U.S.C. § 2253(c)(2); Slack v. McDaniel, 529 U.S. 473, 484 (2000); and

9. The Clerk of the Court shall mark this case CLOSED for statistical purposes.

BY THE COURT:

*/s/ Lawrence F. Stengel*
LAWRENCE F. STENGEL, J.